IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
***Pro Se*** **Non-Prisoner Complaint Form**

RECEIVED
USDC, CLERK, CHARLESTON, SC

2013 MAY -6  A 10: 32

*[Enter the full name of the plaintiff in this action]*

Tessa Rani Raybourne Gibson
Carlisle Childress

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

City of Charleston Police
Department
Lieutenant Chito T. Walker
Officer Sanders
Officer Koegler
Sargent Ratliff

) Civil Action No.
) 2:13-CV-1225-DCN-BM
) *(to be assigned by Clerk)*

**If allowed by statute, do you wish to have a trial by jury?** Yes __X__  No _____

*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I.  PREVIOUS LAWSUITS**

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No __X__

B.  If your answer to A is Yes, describe the lawsuit in the space below. *[If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1.  Parties to this previous lawsuit:
    Plaintiff: _____
    Defendant(s): _____
2.  Court: _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____     No _____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Tessa Rani Raybourne Gibson Carlisle Childress
   Address: 867 South Colony Drive Building F Unit 86 Charleston, SC 29407

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: The City of Charleston Police Department
   Address: 180 Lockwood Dr. Charleston, S.C. 29403

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):
   Lieutenant Chito T. Walker Commander
   Officer Sanders
   Officer Koegler
   Sgt. Ratliff
   D/O Wilson
   D/O Dallas
   D/O Gant

## III. STATEMENT OF CLAIM
*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

On April 16, 2013 I, Tessa R.R.G.C. Childress, arrived at 180 Lockwood Dr. Charleston, S.C. 29403 to obtain police reports. I was detained, questioned about my medical history, forced into medical treatment, the police commited assault and battery against me, the police threatened me with further intentional harm if I did not do as they wanted. The police did not have a warrant or any legal court orders for any of the use of force and power against me. After the medical staff released me the police said I still had to do what they were forcing me to do.

## III. STATEMENT OF CLAIM - continued.

My insurance, Medicare and Medicaid, have been paying the medical providers for all medically associated costs submitted on April 16, 2013.

18 U.S.C. Part 1 Chapter 13 Section 241 Conspiracy against rights

I notified South Carolina S.L.E.D. Investigative Division in written letter for on April 17, 2013 mailed through U.S.P.S. to P.O. Box 21398 Columbia South Carolina 29221 and I have not received a response back from S.L.E.D.

The City of Charleston Police Department's Internal Affairs Professional Standards Office sent a letter to me dated April 25, 2013 informing me that an examination will be conducted into the allegations I have - the letter is signed by Lt. A. Craven

Sgt. Antonio communicated with me on May 02, 2013 at 8:35 am by telephone informing me that the examination began on April 19, 2013. Violations of the Constitution of the United States of America: Amendment 4 and Amendment 5 as well as other violations of law including HIPPA

# IV. RELIEF.

uncertain damages
temperate damages
stipulated damages
special damages
proximate damages
prospective damages
permanent damages
presumptive damages
pecuniary damages
particular damages
nonpecuniary damages


multiple damages
moratory damages
liquidated damages
lawful damages
irreparable damages
intervening damages
gross damages
reliance-loss damages

## IV. RELEIF.

accumulative damages, tangible damages, actual damages, real damages
expectation damages, cosmetic damages, direct damages, general damages
compensatory damages, consequential damages, indirect damages
nominal damages (if needed), contemptuous damages (if needed)
additional damages, future damages, gross damages
hedonic damages, imaginary damages, inadequate damages
incidental damages, discretionary damages, damages ultra
damages for lost expectations, exemplary damages, enhanced damages
treble damages, putative damages, reliance damages
substantial damages, unliquidated damages, uncertain damages
temperate damages, stipulated damages, special damages
proximate damages, prospective damages, permanent damages
presumptive damages, pecuniary damages, particular damages
nonpecuniary damages, multiple damages, moratory damages
liquidated damages, lawful damages, irreparable damages
intervening damages, gross damages, reliance-loss damages

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

Accumulative damages, tangible damages, actual damages, real damages, expectation damages, cosmetic damages, direct damages, general damages, compensatory damages, consequential damages, indirect damages, nominal damages, contemptuous damages, additional damages, future damages, gross damages, hedonic damages, imaginary damages, inadequate damages, incidental damages, discretionary damages, damages ultra damages for lost expectations, exemplary damages, enhanced damages, treble damages, putative damages, reliance damages, substantival damages, unliquidated damages

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____6____ day of ____May_____, 20_13_.

_____
Signature of Plaintiff